# Court of Appeals
# of the State of Georgia

ATLANTA, __November 09, 2023__

*The Court of Appeals hereby passes the following order:*

**A24D0124. UBER TECHNOLOGIES, INC. et al. v. JANE DOE.**

In this civil action, the trial court entered an order granting the plaintiff's motion for a default judgment as to liability only against defendants Uber Technologies, Inc, Uber USA, LLC, and Rasier, LLC (collectively, the "Applicants"). The order explicitly provided that, because damages are unliquidated, the matter must be set for a damages hearing. The Applicants thereafter filed a motion to set aside the default judgment and open default. The trial court denied the motion, and the Applicants filed this application for discretionary review. We lack jurisdiction.

A default judgment as to liability only is not a final judgment. See *Cryomedics, Inc. v. Smith*, 180 Ga. App. 336, 337-338 (349 SE2d 223) (1986). Consequently, this case remains pending before the trial court. The Applicants therefore were required to use the interlocutory appeal procedures — including obtaining a certificate of immediate review from the trial court — to appeal the denial of their motion to set aside the default judgment and open default. See OCGA § 5-6-34 (b); *Boyd v. State*, 191 Ga. App. 435, 435 (383 SE2d 906) (1989) (an application for interlocutory review is required to appeal a trial court order entered in a case that remains pending before the trial court). Their failure to do so deprives us of jurisdiction over this application, which is hereby DISMISSED. See *Bailey v. Bailey*, 266 Ga. 832, 833

(471 SE2d 213) (1996).



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* ___11/09/2023___

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____, *Clerk.*